# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RANDALL C. THOMPSON** <br> **D.O.C. # 590603** | : | **DOCKET NO. 2:17-cv-0873** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **DARREL VANNOY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 11TH day of July, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE